IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEREMY FOX | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHELTENHAM TOWNSHIP AUTHORITY, | : | |
| KEN HELLENDALL, DAVID KRAYNICK, & | : | NO. 12-716 |
| LEONARD RUBIN | : | |

### ORDER

**AND NOW**, this 18th day of June, 2012, upon consideration of Defendants' Motion to Dismiss (Docket No. 5), and Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**. Count I, Plaintiff's federal due process claim, is **DISMISSED WITH PREJUDICE**. Counts II through IV, Plaintiff's state law claims, are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to reassert those claims in state court.

2. **JUDGMENT IS ENTERED** in favor of Defendants and against Plaintiff.

3. The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.